IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION



R. Scott Guthrie, )
 )
      Plaintiff, )
 )
v. ) Case No. 19-00456-CV-W-BP
 )
City of Kansas City, et al., )
 )
      Defendants. )

## SECOND MOTION TO AMEND COMPLAINT

   Plaintiff seeks court's leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15 to add "**The Kansas City Board of Police Commissioners**" through its members: Nathan Garrett, Leland Shurin, Don Wagner, Mark Tolbert and Quinton Lucas in their individual and official capacities. ("The Board")

   With this motion Plaintiff seeks to correct improperly submitted Motion to Amend of August 12, 2019 which incorrectly named "The Board" as "The Board of Police Commissioners of Kansas City".

   Please find Plaintiff's 2nd amended complaint attached.

Respectfully Submitted,

Date : August 12, 2019

/s/ Scott Guthrie